UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

COLON,

        Plaintiff,

   -v-                                              No. 09 Civ. 5168 (LTS)(AJP)

ERCOLE,

        Defendant.

-------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 0 9 2009

## ORDER

The Court has received Plaintiff's request, dated September 23, 2009, for an extension of time to respond to Defendant's Answer Opposing Petition for a Writ of Habeas Corpus. The Court hereby extends Plaintiff's time to respond to **January 8, 2010**.

SO ORDERED.

Dated: New York, New York
       October 8, 2009

_____
LAURA TAYLOR SWAIN
United States District Judge

Copies mailed/faxed to _Council of Record_
Chambers of Judge Swain   10-8-09

100809.WPD        VERSION 10/8/09        1