UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

COLON,

        Plaintiff,

  -v-                                      No. 09 Civ. 5168 (LTS)(AJP)

ERCOLE,

        Defendant.

------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 08 2009
```

## ORDER

The Court has received Plaintiff's request, dated September 23, 2009, for an extension of time to respond to Defendant's Answer Opposing Petition for a Writ of Habeas Corpus. The Court hereby extends Plaintiff's time to respond to **January 8, 2010.**

SO ORDERED.

Dated: New York, New York
       October 8, 2009

                                                LAURA TAYLOR SWAIN
                                                United States District Judge

Copies mailed/faxed to Council of Record
Chambers of Judge Swain   10-8-09